IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WRINKL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-620 (JCB) |
| | ) | |
| SLACK TECHNOLOGIES, LLC. and | ) | |
| SALESFORCE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE REGARDING PLACE OF TRIAL AND HEARINGS

Pursuant to JCB-CV-77 of the Court's Order Regulating Practice entered in the above-captioned case (D.I. 62), Defendants Slack Technologies, LLC and Salesforce, Inc. hereby provide notice that they do not consent to hearings or trial proceeding in the Eastern District of Texas, Tyler Division. Defendants do consent, however, to proceeding with hearings via telephone or video conference where appropriate.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

Christopher Kao
Brock S. Weber
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111-5998
(415) 983-1000

Theresa A. Roozen
PILLSBURY WINTHROP SHAW PITTMAN LLP
7900 Tysons One Place, Suite 500
Tysons, VA  22102
(703) 770-7900

Rodger D. Smith II (#3778)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
ccucuzzella@morrisnichols.com

*Attorneys for Defendants*

June 11, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 11, 2025, upon the following in the manner indicated:

Kelly Allenspach Del Dotto, Esquire                    *VIA ELECTRONIC MAIL*
Martina Tyreus Hufnal, Esquire
Taylor Reeves, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
*Attorneys for Plaintiff*

Frank E. Scherkenbach, Esquire                    *VIA ELECTRONIC MAIL*
Lawrence K. Kolodney, Esquire
Steven R. Katz, Esquire
Adam J. Kessel, Esquire
Alexander M. Pechette, Esquire
FISH & RICHARDSON P.C.
One Marine Park Drive
Boston, MA  02210
*Attorneys for Plaintiff*

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)