IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WRINKL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLACK TECHNOLOGIES, LLC. and SALESFORCE, INC., <br><br> Defendants. | C.A. No. 24-620-JCB <br><br> **JURY TRIAL REQUESTED** |

## NOTICE REGARDING PLACE OF TRIAL AND HEARINGS

PLEASE TAKE NOTICE that, pursuant to JCB-CV-77 (D.I. 62), Plaintiff Wrinkl, Inc. does not consent to trial in the Eastern District of Texas, Tyler Division, but Plaintiff does consent to hearings on dispositive motions, claim construction, and *Daubert* motions in that location. Plaintiff also consents to status conferences and hearings on any discovery-related motions being held remotely.

Dated: June 12, 2025

FISH & RICHARDSON P.C.

*/s/Taylor Reeves*
Kelly Allenspach Del Dotto (#5969)
Martina Tyreus Hufnal (#4771)
Taylor Reeves (#6900)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
kad@fr.com; tyreushufnal@fr.com;
reeves@fr.com

Frank E. Scherkenbach
Lawrence K. Kolodney
Adam J. Kessel
Alexander M. Pechette
One Marina Park Drive
Boston, MA 02210
(617) 542-5070
scherkenbach@fr.com; kolodney@fr.com;
kessel@fr.com; pechette@fr.com

*Attorneys for Plaintiff Wrinkl, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I caused the forgoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoes to be served on June 12, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Christopher Kao<br>Brock S. Weber<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998 | *VIA ELECTRONIC MAIL* |
| Theresa A. Roozen<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>7900 Tysons One Place, Suite 500<br>Tysons, VA 22102 | *VIA ELECTRONIC MAIL* |
| Rodger D. Smith II (#3778)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | *VIA ELECTRONIC MAIL* |

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　*/s/Taylor Reeves*
　　　　　　　　　　　　　　　　　　　　　Taylor Reeves (#6900)